JOHN J. PISACANO, Respondent, v. STATE OF NEW YORK, Appellant.— Motion granted and appeal dismissed, without costs.

N. Y. MOBILE HOMES ASSN. et al., Appellants, v. THOMAS B. STECKEL, as Supervisor, et al., Respondents.— Motion granted to extend time for respondent to file and serve brief to April 14, 1960. See rule VIII of the rules of this court.

FITZHUGH D. STAPLES, Appellant, v. VAN VLACK & GAMBA INC., et al., Respondents.— Motion granted and order dismissing appeal vacated on condition briefs filed and served by March 15, 1960. (Two motions.)

In the Matter of BILLY L. TEDLOCK, Appellant, against NORMA J. JACKSON, Respondent.— Motion granted to file five typewritten copies (one of which shall be the ribbon copy) of testimony of Norma Jean Anderson on or before March 15, 1960.

EDWARD DONNER, JR. et al., Appellants, v. ALICE BAKER, Respondent.— Motion granted to extent appeal may be prosecuted upon one typewritten record and five copies of typewritten brief, one of which shall be the ribbon copy, and otherwise motion denied; appeal dismissed unless typewritten record is filed on or before March 8, 1960.

SAMUEL PALLADINO, Appellant, v. J. FRED OLDEMEINEN, Respondent.— Motion to vacate order of dismissal denied.

MARGARET M. JOHNSTONE, Appellant, v. BEVERLY TEEPLE et al., Respondents.— Motion for a stay denied. Motion to appeal on typewritten papers denied.

EDWIN SOULES, Respondent, v. CITY OF ROCHESTER, Respondent, and County of Monroe, Appellant.— Appeal dismissed unless one typewritten copy of brief served on or before March 7, 1960 and printed brief filed and served on or before March 9, 1960.

LUANNA DARLING et al., Appellants, v. VILLAGE OF HERKIMER, Respondent.— Application for final order of dismissal denied; motion granted to extend time for filing and serving records and briefs to August 15, 1960.

CHESTER O. REYNOLDS et al., Appellants, v. DONALD W. GORTON, et al., Respondents.— Motion granted and appeal dismissed for failure to file and serve records and briefs on appeal, with $10 motion costs.

VIOLET ROSCOE, Respondent, v. MARYLAND CASUALTY Co., Appellant, and NATIONWIDE MUTUAL INS. Co. et al., Respondents.— Respondent directed to file and serve printed brief on or before March 10, 1960.

LESLIE C. ABBOTT, Appellant, v. LAWRENCE L. PIRIE et al., Respondents.—Motion granted to extent appeal permitted on one typed copy of stenographic minutes, an original and five typed copies of judgment roll, five typed briefs, otherwise denied; appeal dismissed unless typed records and briefs are filed and served by August 15.